Dean Lloyd, State Bar Number 104647
Law Offices of Dean Lloyd
425 Sherman Ave, Unit 330
Palo Alto, CA 94306
Telephone: (650) 328-1664
Fax: (650) 328-1666

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| | |
|---|---|
| **In re**<br>**ODDMUND HORVE,**<br><br>Debtor. | Case No. 17-10464<br><br>Chapter 13<br><br>**Oddmund Horve's Declaration of Non-filing of 2016 Income Taxes** |

My name is Oddmund Horve. I make this declaration under penalty of perjury under the laws of the United States of America. I have personal knowledge as to the statements made and declared herein, except at such times as I so state the statement made herein is based on information and belief. If called upon as a witness in a court of law, I would competently testify as to the following:

1. This declaration is made in response to a request by Chapter 13 Trustee David Burchard that I provide a copy of my 2016 tax return.

2. I did not file a 2016 tax return, as my income is derived exclusively from Disability benefits from the U.S. Department of Veterans Affairs. My VA Disability benefits of $1,748.71 are exempt from taxation, pursuant to 26 U.S.C. 134(a). I thus had no taxable income for the year of 2016, and was not required to file.

Page **1** of **2**

| | |
|---|---|
| 1 | I declare, under penalty of perjury, that the foregoing is true and correct. |
| 2 | |
| 3 | Dated August 04, 2017 |
| 4 | |
| 5 | By    /s/ Oddmund Horve<br>Oddmund Horve, Debtor |